**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **MICHAEL J. MOSCATIELLO**, on behalf of herself and all others similarly situated,<br><br>        Plaintiff,<br><br>    v.<br><br>**RWJBARNABAS HEALTH,**<br><br>        Defendant. | **Civil Action No.:** 2:26-cv-03406 |

## NOTICE OF DISMISSAL WITH PREJUDICE

Plaintiff Michael J. Moscatiello ("Plaintiff"), by and through undersigned counsel, and pursuant to the Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby dismisses this action with prejudice.

Dated: April 1, 2026                Respectfully submitted,

                    /s/William H. Payne
                    William H. Payne, IV
                    NJ Bar No.: 500622024
                    **SIRI & GLIMSTAD LLP**
                    8 Campus Drive,
                    Suite 105 PMB #161
                    Parsippany, NJ 07054
                    Main: (862) 350-0042
                    E: wpayne@sirillp.com

                    *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I, William H. Payne, hereby certify that on April 1, 2026, I served copies of the foregoing

documents on all counsel of record via ECF.


Dated: April 1, 2026                    */s/William H. Payne*
                                        William H. Payne